

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00218-CV

———————————————

IN RE ARK CONTRACTING SERVICES, LLC, Relator

Original Proceeding
48th District Court of Tarrant County, Texas
Trial Court No. 048-319312-20

Before Birdwell, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real parties in interests' response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: July 12, 2022